IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE MARSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV143 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SKATELAND 132ND STREET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Compel Compliance with Subpoena (Filing No. 16) and the Nebraska Department of Labor's Objection to Subpoena Duces Tecum (Filing No. 14).  The defendant represents the Nebraska Department of Labor does not oppose the motion to compel, despite the earlier filed objection.  Additionally, the defendant represents the plaintiff does not oppose the motion to compel materials specified in the subpoena, which is the unemployment file for the plaintiff.  Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The defendant's Unopposed Motion to Compel Compliance with Subpoena (Filing No. 16) is granted.

2. The Nebraska Department of Labor's Objection to Subpoena Duces Tecum (Filing No. 14) is overruled.

3. The Nebraska Department of Labor shall comply with the subpoena issued to it by the defendant within seven days of the date of this Order.

DATED this 31st day of August, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge