# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE MARSH, ) | |
| ) | |
| Plaintiff, ) | 8:11CV143 |
| ) | |
| vs. ) | ORDER |
| ) | |
| SKATELAND 132ND STREET, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' Joint Motion for Extension of Time to File Joint Stipulation for Order of Dismissal with Prejudice (Filing No. 53). Upon consideration, the parties' motion is granted. Accordingly,

**IT IS ORDERED that:**

The parties shall have until **on or before October 8, 2012**, to electronically file a joint stipulation for dismissal (or other dispositive stipulation) and to submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.

DATED this 11th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge