# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE MARSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV143 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SKATELAND 132ND STREET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on October 4, 2012. Jerry W. Katskee represented the plaintiff and Scott P. Moore and Todd A. West represented the defendant. Previously, on August 17, 2012, the parties informed the court they had reached a settlement of the plaintiff's claims. See Filing No. 52. During the conference, the parties informed the court a disagreement has arisen preventing the parties from timely filing a stipulation for dismissal of the action. Accordingly,

**IT IS ORDERED:**

1. The parties shall have an extension of time until **October 11, 2012**, to file a joint stipulation for dismissal or motion to enforce settlement.

2. Absent filing a joint stipulation or motion, the court will schedule the matter for a jury trial to commence on Tuesday, November 13, 2012.

DATED this 4th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge