# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

JANE MARSH,

    Plaintiff,

v.

SKATELAND 132ND STREET, INC.,

    Defendant.

CASE NO. 8:11cv143

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER IS BEFORE THE COURT upon the parties' Joint Stipulation for Order of Dismissal With Prejudice.  Upon being informed in the premises, the Court finds that the requested Order should be entered.

WHEREFORE, IT IS ORDERED the above-referenced action should be and hereby is dismissed with prejudice, with each party to pay its own costs and attorney fees.

DATED this 12th day of October, 2012.

                BY THE COURT:

                *s/ Joseph F. Bataillon*
                UNITED STATES DISTRICT COURT JUDGE